Filed:  July 22, 2003

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 03-6812
(CA-02-1885-7-20)

Bobby M. Linder,

Plaintiff - Appellant,

versus

C. L. Miller, et al.,

Defendants - Appellees.

O R D E R

The court amends its opinion filed July 17, 2003, as follows:

On the cover sheet, section 2 -- the name "Handy" is corrected to read "Hardy."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-6812**

BOBBY M. LINDER,

Plaintiff - Appellant,

versus

C. L. MILLER; RANDY HARDY, Captain; MAJOR
BROWN; TONY FISHER, Chief,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg. Henry M. Herlong, Jr., District
Judge. (CA-02-1885-7-20)

Submitted: July 10, 2003              Decided: July 17, 2003

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bobby M. Linder, Appellant Pro Se. James Dean Jolly, Jr., LOGAN,
JOLLY & SMITH, L.L.P., Anderson, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Bobby M. Linder appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Linder v. Miller, No. CA-02-1885-7-20 (D.S.C. Apr. 24, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED